UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Jasmon Stallings  )
Plaintiff         )
                  )
vs.               )    Case No. _____
                  )
Major Apprentise  )
Sgt. Meister      )
Warden            )
Gallery Officer John Doe )
Defendant(s)      )

## COMPLAINT

☑ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other _____

Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.

Now comes the plaintiff, Jasmon Stallings, and states as follows:

My current address is: Menard IL 62259

The defendant Apprentise, is employed as Pontiac Correctional Center Major at Pontiac Correctional Center

The defendant Meister, is employed as Sgt at Pontiac Cor. Ctr.

The defendant Warden, is employed as Warden at Pontiac Cor. Ctr.

The defendant John Doe, is employed as Correctional Officer at Pontiac Cor. Ctr.

(revised 9/96)

Defendant _____, is employed as _____

_____ at _____

Additional defendants and addresses _____

_____

_____

_____

_____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?         Yes ☐         No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

Yes ☑         No ☐

C. If your answer to B is yes, how many? 4   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:

   Plaintiff(s) ~~Lt Bastard officer L~~ means Jasmon Stallings

   Defendant(s) Lt Best, Officer Lakesha

2. Court (if federal court, give name of district; if state court, give name of county)

   Northern District

3. Docket Number/Judge  1:16-cv-11063 Judge Jorge L Alonso

2

1. Parties of Previous Lawsuits
   Plaintiff Jasmon Stallings
   Defendant Zang, Williams, Ghosh, Sheeffer

2. Court
   Northern District

3. Docket Number / Judge
   10C6987 Judge Holderman

4. Basic Claim
   Medical

5. Disposition
   Case Dismissed

6. Date filing lawsuit Feb 2010

7. Date of Disposition 6.16.2014

1. Parties of previous lawsuits
    Plaintiff. Jasmon Stallings
    Defendants. Hardy, Shaefer, Ghose, Wexford

2. Court,
    Norther District

3. Docket Number / Judge
    11C8107  Judge Holderman

4. Basic claim made
    Stomach Problems

5. Disposition
    Case dismissed

6. Date filing Lawsuit 11/21/2011

7. Approximate date of disposition April 2016

1. Parties of Previous Lawsuits

    Plaintiff

    Trsmon Stallings

    Defendant

    Lt Burkybile, Baker, Mayes, Smith, Evans, Pulido

    Davenport, Beauguard, OBase

2. Court

    Northern District

3. Docket Number/Judge

    14c2202 Judge Alonso

4. Basic Claim

    Beaten By Staff

5. Disposition

    Settlement

6. Date of filing 4/4/2014

7. Date of Disposition

    April 2017

4. Basic claim made  Violation of Due process and conditions of Confinement

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?)  Still pending

6. Approximate date of filing of lawsuit  Dec 2, 2016

7. Approximate date of disposition  Pending

For additional cases, provide the above information in the same format on a separate page.

EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?  Yes ☑  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?  Yes ☑  No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed?  Yes ☑  No ☐

PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.

3

## STATEMENT OF CLAIM

Place of the occurrence **Pontiac**

Date of the occurrence **1-25-17**

Witnesses to the occurrence **Paul Smith**

State here briefly the FACTS that support your case. Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.
THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

Jan. 2018 plaintiff was moved from cell 310 to 311 the gallery officer told me the only reason your moving right next door is because Smith talked to Psych and told them the water dont work and the big bright light never goes off they're moveing you in here because the guy before him set a fire to get out the same cell, Smiths S.M.I (Seriously Mentally Ill) and you wont risk getting more time to get out the cell. Plaintiff refused to move and was threatened by gallery officer with a ticket. While in cell plaintiff wrote 5 grievances respond was a work order was put in after counselor got tired of me filing grievances she wrote and said to talk to Sgt Meister. Plaintiff talked to Sgt Meister and Major Apprentise doing their rounds 5 days a week showed them the water didn't work and the bright light never went off. At first they said they would do something about it after so long they stopped talking no to plaintiff about it even said IDOC doesn't have funds. Plaintiff also showed the warden by hitting both buttons on the sink then hitting the light switch Plaintiff also wrote letters to the Warden Warden responded to one letter saying they submitted work orders. After weeks in the cell Plaintiff started to smell and was ~~being~~ not getting any sleep

4

Gallery officer (John Doe) Major Apprentise and Sgt Meister made it clear if plaintiff was to put something over the light or keep writing grievances I was going to get a ticket. Plaintiff spent 6 weeks in a cell with no water coming out the sink a big bright light in the cell that never went off depriving plaintiff of sleep. Plaintiff suffers from seizures sense 11 yrs of age due to being in a coma plaintiff only have seizures now if frusterated or depressed. Within those weeks plaintiff had 2 and was denied medical attention plaintiff woke up on the floor seen Major Apprentise and Sgt Meiester they called me a fake and refused plaintiff medical attention twice. Plaintiff is sueing all defendants in their individual and official capacity for Cruel and Unusal Punishment and conditions of confinement for 1. Spending 6 weeks in a cell with no running water 2. 6 weeks in a cell big bright light never going off 3. Sleep deprivation 4. Refusing Plaintiff medical attention on 2 occasions watching Plaintiff have a seizure. Plaintiff file grievances 2 emergency & regular counselor Responded 2/27/17 that work order was being submitted after it isnt plaintiff appealed got the same answer plaintiff appeal to Springfield. Grievance was denied

5

SD428 MCC#1

# RELIEF REQUESTED

(State exactly what relief you want from the court.)

$150 a day for 6 weeks sleep deprivation for light never going off

$100 a day for no water for 6 weeks

$5,000 for denying medical attention

JURY DEMAND          Yes  ☑          No ☐

Signed this _March_ day of _20_, _2018_

_____
( Signature of Plaintiff)

| Name of Plaintiff: Jasmon Stellings | Inmate Identification Number: B83576 |
|---|---|
| Address: P.O Box 1,000 Joliet IL 62259 | Telephone Number: |

6